10/28/08

FILED ___ LODGED
___ RECEIVED
OCT 29 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

Scott T. Wilsdon
Yarmuth Wilsdon Calfo PLLC
925 Fourth Avenue, Suite #2500
Seattle, Wa. 98104

RE: Virgin Records, et al, V. Koestler, Scott
Western District of Washington case #CV8 1400

Dear Mr. Wilsdon:

I firmly deny any involvement with any allegations mentioned in case #CV8 1400.

Furthermore, I do not have nor have I ever had any of the listed songs on my computer. Please feel free to check my hard drive at your expense.

Should you have further questions, please contact me at my home address of 1807 Bacchant Ct, Milton, Wa. 98354 or my home phone # 253.952.6096.

Regards,

Scott Koestler
Scott Koestler

08-CV-01400-LTR